IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MAURICE C. CAMPBELL,

     Plaintiff,                    No. CIV S-07-1419 MCE KJM P

    vs.

CALIFORNIA DEPARTMENT OF
CORRECTIONS AND
REHABILITATION, et al.,

     Defendants.           ORDER
_____/

        Plaintiff, a state prisoner, is proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.

        By an order filed January 10, 2008, this court ordered plaintiff to complete and return to the court, within thirty days, a completed summons, five USM-285 forms and six copies of his complaint which are required to effect service on the defendants. On February 7, 2008, plaintiff submitted the completed summons and five USM-285 forms but only submitted three copies of the complaint.

        Accordingly, IT IS HEREBY ORDERED that:

        1. The Clerk of the Court is directed to send to plaintiff a copy of the complaint (docket no. 1); and

1

2. Within thirty days, plaintiff shall submit to the court three copies of the complaint required to effect service. Failure to return the copies within the specified time period will result in a recommendation that this action be dismissed.

DATED: February 22, 2008.

_____
U.S. MAGISTRATE JUDGE

1/mp
camp1419.8f

2