IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MAURICE C. CAMPBELL,

                Plaintiff,

v.

W. HAYTHORNE, et al.,

                Defendants.

No. 2:07-cv-1419 WBS-GGH

**ORDER GRANTING EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S FIRST SET OF INTERROGATORIES**

     Good cause appearing, the application of Defendants for a seventeen-day extension to serve their responses to Plaintiff's first set of interrogatories is granted.

     Defendants Arndt, Hague, Haythorne, Rodriguez, and Ruller shall serve their responses on or before February 19, 2009.

     IT IS SO ORDERED.

Dated: January 13, 2009

                                    /s/ Gregory G. Hollows

                                    UNITED STATES MAGISTRATE JUDGE

camp1419.eot

camp1419.eot.wpd