IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURICE C. CAMPBELL,<br><br>                                   Plaintiff,<br><br>       v.<br><br>CALIFORNIA DEPARTMENT OF<br>CORRECTIONS AND<br>REHABILITATION, et al.,<br><br>                                   Defendants. | No. 2:07-cv-1419 WBS-GGH<br><br>**ORDER MODIFYING SCHEDULING ORDER TO EXTEND PRETRIAL MOTION DEADLINE** |

Good cause appearing, the motion of Defendants Arndt, Hague, Haythorne, Rodriguez, and Ruller to modify the Scheduling Order and extend the deadline to file pretrial motions is granted.

All pretrial motions, except motions to compel discovery, shall be filed on or before November 9, 2009.

Dated: September 11, 2009            /s/ Gregory G. Hollows
_____      _____
                                                    UNITED STATES MAGISTRATE JUDGE

Camp1419.sch